# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### AT ASHLAND

CIVIL ACTION NO. 09-25-DLB-HAI

DAVID M. WALKER                                                          PLAINTIFF

vs.                                    <u>ORDER</u>

CARTER COUNTY DETENTION CENTER, ET AL.                    DEFENDANTS

* * * * * * * * * * * * * *

This matter is before the Court on the Report and Recommendation (R&R) of the Magistrate Judge, wherein he recommends that the Court grant Defendant Southern Health Partners, Inc.'s Motion for Summary Judgment. (Doc. # 89). No objections to the R&R have been filed, and the time to do so has now expired. Upon review of the R&R, and the Court being in agreement with the recommended disposition of the Motion in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** that,

1.      The Magistrate Judge's Report and Recommendation (Doc. # 89) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

2.      Defendant Southern Health Partners, Inc.'s Motion for Summary Judgment (Doc. # 76) is **GRANTED**;

3.      Plaintiff's claims against Defendant Southern Health Partners, Inc. are **DISMISSED with prejudice**.

-1-

This 7th day of March, 2011.



Signed By:
**David L. Bunning**
**United States District Judge**

G:\DATA\ORDERS\Ashland Civil\2009\09-25- Adopt R&R.wpd